# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 8, 2020

160630(58)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

KEVIN JOHN CARLSON,
        Defendant-Appellant.
_____/

SC: 160630
COA: 346234
Oakland CC: 2018-266958-FH

On order of the Court, the motion for reconsideration of this Court's May 27, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 8, 2020



Clerk

a0831